In the Matter of Supplementary Proceedings: ROBERT NICHOL, Judgment Creditor, v. W. H. WILSON, Judgment Debtor.— Motion denied.

ELLA HEFLIN, Respondent, v. FREDERIC E. LYFORD, Appellant.— Motion denied.

STANLEY ROSS, Appellant, v. THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent.— Motion denied.

In the Matter of the Claim of NILLA DEARBORN, Claimant, Respondent, for Compensation to Herself for the Death of Her Husband, FRANKLYN M. DEARBORN, under the Workmen's Compensation Law, v. PEUGEOT AUTO IMPORT COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted.

In the Matter of the Claim of MAUD M. HOWARD, Widow of CHARLES C. HOWARD, for Compensation under the Workmen's Compensation Law, and STATE INDUSTRIAL COMMISSION, Respondents, v. GEORGE HOWARD, Employer, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

JENNIE P. SKELTON, as Administratrix, etc., of CHESTER SKELTON, Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant. — Judgment and order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant. (Action No. 2.) — Judgment and order unanimously affirmed, with costs.

MEYER TUCKER, Respondent, v. DAVID BROWN, Appellant.— Judgment and orders unanimously affirmed, with costs.

SHERMAN A. GENUNG, Respondent, v. ROSS M. TURNER, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Application for the Probate of a Paper Purporting to Be the Last Will and Testament of GERTRUDE ANN VAN WOERT, Deceased. LOUISE A. STODDARD, Contestant, Appellant; ALICE F. SOLES and MERCILLA E. PRATT, Executrices, etc., Respondents.— Decree unanimously affirmed, with costs.